NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-50169 |
| Plaintiff - Appellee, | D.C. No. 2:07-cr-00643-PA-1 |
| v. | |
| EDIN ORLANDO COTO, aka Edin Coto Edgar Mejia, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Percy Anderson, District Judge, Presiding

Submitted February 16, 2010[**]

Before: FERNANDEZ, GOULD and M. SMITH, Circuit Judges.

Edin Coto appeals the 72-month sentence imposed following his jury

conviction of being an illegal alien found in the United States after deportation in

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

violation of 8 U.S.C. § 1326. Coto contends that the district court erred in determining that his prior conviction for second degree robbery in violation of Calif. Penal Code § 211 was a "crime of violence" supporting a 16-level enhancement under U.S.S.G. § 2L1.2(b)(1)(A)(ii). As Coto concedes, this contention is foreclosed by *United States v. Becerril-Lopez*, 541 F.3d 881 (9th Cir. 2008).

**AFFIRMED.**